# United States Court of Appeals
## For the First Circuit

_____

No. 15-2360

UNITED STATES,

Appellee,

v.

DIEGO MASMARQUES, a/k/a Diego Mas Howard,

Defendant, Appellant.

_____

No. 15-2402

IN RE: DIEGO MASMARQUES,

Petitioner.

_____

**ORDER OF COURT**

Entered:　December 28, 2015

The "emergency motion to seal case" is <u>denied</u>.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Diego MasMarques
Dina Chaitowitz