UNITED STATES COURT OF APPEALS
FIRST CIRCUIT

2016 JAN -4 P 2: 26

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

DIEGO MASMARQUES ) NO. 15-2360
)
) PETIONERS MOTION TO DISMISS
Petitioner ) APPEAL NO. 15-2360
vs. )
) FILED UNDER SEAL
)
UNITED STATES OF AMERICA )
)
)

**MOTION TO DISMISS PETITIONERS APPEAL NO. 15-2360**

Diego MasMarques, moves this Court to Dismiss Appeal No. 15-2360.

Dated this 28th day of December, 2015.

Diego MasMarques

*[signature]*

PETITIONERS MOTION TO DISMISS APPEAL NO. 15-2360

D. Mrs Rouzer
P O Box 51810
Boston MA.
02205

BOSTON MA 021
29 DEC 2015 PM 5 L

US Court of Appeals
For the First Circuit
John Joeseph Moakley US Courthose
1 Courthouse Way
Boston, MA 02210

USMS SCREENED