# United States Court of Appeals
## For the First Circuit

No. 15-2360

UNITED STATES

Appellee

v.

DIEGO MASMARQUES, a/k/a Diego Mas Howard

Defendant - Appellant

**JUDGMENT**

Entered: January 21, 2016
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of defendant-appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith

By the Court:

/s/ Margaret Carter, Clerk

cc:
Diego MasMarques
Dina Chaitowitz