# United States Court of Appeals
## For the First Circuit

No. 15-2360

UNITED STATES

Appellee

v.

DIEGO MASMARQUES, a/k/a Diego Mas Howard

Defendant - Appellant

**MANDATE**

Entered: January 21, 2016

    In accordance with the judgment of January 21, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Dina Michael Chaitowitz
Diego MasMarques